U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV 7173
JUDGE MANNING
MAGISTRATE JUDGE ASHMAN

In the Matter of

Maureen Toomey
v. Sanofi-Aventis, U.S. Inc., f/k/a Aventis Pharmaceuticals, Inc. f/k/a Hoechst Marion Roussell, Inc.; Walgreen Co.; and Bond Drug Company of Illinois d/b/a Walgreen Co., a Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sanofi-Aventis U.S. Inc., f/k/a Aventis Pharmaceuticals Inc., f/k/a Hoechst Marion Roussell, Inc.

FILED
DEC 2 1 2007   NF
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Donald J. Brown, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>Donohue Brown Mathewson & Smyth LLC | |
| STREET ADDRESS<br>140 South Dearborn Street, Suite 800 | |
| CITY/STATE/ZIP<br>Chicago, Illinois, 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0312630 | TELEPHONE NUMBER<br>(312) 422-0903 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |