# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted l by Local Rules 83.12 through 83.14.

07CV 7173
JUDGE MANNING
MAGISTRATE JUDGE ASHMAN

In the Matter of

Maureen Toomey
v. Sanofi-Aventis, U.S. Inc., f/k/a Aventis Pharmaceuticals, Inc. f/k/a Hoechst Marion Roussell, Inc.; Walgreen Co.; and Bond Drug Company of Illinois d/b/a Walgreen Co., a Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sanofi-Aventis U.S. Inc., f/k/a Aventis Pharmaceuticals Inc., f/k/a Hoechst Marion Roussell, Inc.

FILED
DEC 2 1 2007
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Bryan J. Kirsch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Donohue Brown Mathewson & Smyth LLC |

| STREET ADDRESS |
|---|
| 140 South Dearborn Street, Suite 800 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277793 | (312) 422-0903 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐