MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Maureen Toomey v. Sanofi-Aventis, U.S.Inc., f/k/a Aventis Pharmaceuticals, Inc. f/k/a Hoechst Marion Roussell, Inc.; Walgreen Co.; and Bond Drug Company of Illinois d/b/a Walgreen Co., a corporation

Case Number: 07 C 7173

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bond Drug Company of Illinois, L.L.C d/b/a Walgreens, incorrectly sued as Walgreen Co. and Bond Drug Company of Illinois d/b/a Walgreen Co. and Walgreen Co.

FILED
1-3-2008
JAN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) John A. Childers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John A. Childers | |
| FIRM Johnson & Bell, Ltd. | |
| STREET ADDRESS 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3127872 | TELEPHONE NUMBER 312.984.0262 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |