# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 07 C 7173
    Maureen Toomey
        v.
    Sanofi-Aventis, U.S.Inc., f/k/a/ Aventis
    Pharmaceuticals, Inc. f/k/a Hoeschst Marion
    Roussell, Inc;; Walgreen Co.; and Bond Drug Company
    of Illinois d/b/a Walgreen Co., a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Maureen Toomey

| | |
|---|---|
| **NAME** (Type or print) | |
| Joseph A. Power, Jr. | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Joseph A. Power | |
| **FIRM** | |
| Power, Rogers & Smith, P.C. | |
| **STREET ADDRESS** | |
| 70 W. Madison St., 55th FL. | |
| **CITY/STATE/ZIP** | |
| Chicago, IL. 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 02244276 | 312/236-9881 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |