IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN TOOMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 CV 7173 |
| ) | |
| SANOFI-AVENTIS U.S. INC. ) | Judge Blanche M. Manning |
| F/K/A AVENTIS PHARMACEUTICALS ) | Magistrate Judge Martian C. Ashman |
| INC., f/k/a HOECHST MARION ) | |
| ROUSSEL, INC.; WALGREEN CO.; ) | |
| BOND DRUG COMPANY OF ILLINOIS ) | |
| d/b/a WALGREEN CO., a Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, January 31, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, Room 2125, United States District Court for the Northern District of Illinois, 219 South Dearborn Ave., Chicago, Illinois 60604, and shall then and there present **Plaintiff's Motion to Remand**, a copy of which is hereto attached and served upon you.

POWER ROGERS & SMITH, P.C.

By:   s/ Joseph A. Power, Jr.

Joseph A. Power, Jr.
Brian LaCien
Attorneys for Plaintiff
POWER ROGERS & SMITH, P.C.
Three First National Plaza
70 W. Madison Street, 55th Floor
Chicago, Illinois 60602
(312) 236-9381 - fax 312-236-0920

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2008, I electronically filed a Notice of Motion to Remand with the Clerk of the Court using the CM/ECF system which will send notification to such filing(s) to the following:

Donald Brown, Jr.
Email: donald.brown@dbmslaw.com

Bryan Jonathan Kirsch
Email: bryan.kirsch@dbmslaw.com

John A. Childers
Email: childersj@jbltd.com

Michael C. Holy
Email: holym@jbltd.com

John A. Childers
Email: childersj@jbltd.com

                                               Respectfully submitted,

                                               /s/Joseph A. Power, Jr.
                                               Power, Rogers & Smith, P.C.
                                               Attorneys for Plaintiff
                                               70 W. Madison St., 55th FL.
                                               Chicago, IL. 60602
                                               312/236-9381
                                               Fax: 312/236-0920