## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Maureen Toomey
                         Plaintiff,

v.                                           Case No.: 1:07–cv–07173
                                                                Honorable Blanche M. Manning

Sanofi–Aventis U.S. Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Blanche M. Manning : On plaintiff's motion to remand[10], response to be filed by 2/28/2008. Reply to be filed by 3/13/2008. Ruling by mail.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.