070711.24

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN TOOMEY,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. INC. f/k/a AVENTIS PHARMACEUTICALS INC., f/k/a HOECHST MARION ROUSSEL, INC.; WALGREEN CO.; and BOND DRUG COMPANY OF ILLINOIS d/b/a WALGREEN CO., a corporation,<br><br>Defendants. | No.  07 C 7173<br>Honorable Blanche M. Manning |

**FILED**
FEB 0 5 2008
Feb 5, 2008
Judge Blanche M. Manning
United Sta[tes] [District] Court

## NOTICE OF FILING

TO:   See Attached Service List

   PLEASE TAKE NOTICE that on January 31, 2008, we filed with the Clerk of the United States District Court, Eastern Division, **Application For Leave To Appear Pro Hac Vice for Adam C. Bassing, Lynette Eaddy Smith, Daniel S. Reinhardt and N. Karen Deming,** copies of which are attached hereto.

*Donohue Brown Mathewson & Smyth LLC*
DONOHUE BROWN MATHEWSON & SMYTH LLC

Donald J. Brown, Jr. / ARDC #0312630
Bryan J. Kirsch / ARDC #6277793
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:   (312) 422-0900
Facsimile:   (312) 422-0909

## PROOF OF SERVICE

   I, Abe Olivo, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that the above notice and any attached pleading(s) were ( ) personally delivered or (X) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth above at or before 5:00 p.m. on January 31, 2008.

*Abe Olivo*

Toomey v. Sanofi-Aventis U.S., Inc., et al
Court No. 07 C 7173  (United States District Court)
(Removed from Cook County Circuit Court, 07 L 8730)
Our File: 070711

## SERVICE LIST

Joseph A. Power, Jr.
Power, Rogers & Smith PC
70 West Madison Street
55th Floor
Chicago, Illinois, 60602-4212
Telephone: (312) 236-0920
Facsimile: (312) 236-9381
Email: joepower@prslaw.com


John A. Childers
Michael C. Holy
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois, 60603-5404
Telephone: (312) 984-6682
Facsimile: (312) 372-0522
Email: childersj@jbltd.com
holym@jbltd.com

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

**RECEIVED JAN 31 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

| Case Title: | MAUREEN TOOMEY | |
|---|---|---|
| | VS. | |
| | SANOFI-AVENTIS U.S. INC. f/k/a AVENTIS PHARMACEUTICALS INC., et al. | Defendant(s) |

Case Number: 07 CV 7173      Judge: The Honorable Blanche M. Manning

I, Adam C. Bassing, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

sanofi-aventis U.S. Inc. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Georgia State and Superior Courts | 12/04/03 |
| Georgia Supreme Court | 07/17/07 |
| United States District Court for the Northern District of Georgia | 01/26/04 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?    Yes ☑    No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

censured, suspended, disbarred, or otherwise disciplined by any court?  Yes ☐  No ☑

or is the applicant currently the subject of an investigation of the applicant's professional conduct?  Yes ☐  No ☑

transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?  Yes ☐  No ☑

denied admission to the bar of any court?  Yes ☐  No ☑

held in contempt of court?  Yes ☐  No ☑

NOTE: If the answer to any of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

01/29/08                          [signature]
Date                              Signature of Applicant

| Applicant's Name | Last Name: Bassing | First Name: Adam | Middle Name/Initial: C. |
|---|---|---|---|
| Applicant's Law Firm | Troutman Sanders LLP | | |
| Applicant's Address | Street Address (include suite or room number): 600 Peachtree Street NE, Suite 5200 | | State Bar Number: 041061 |
| | City: Atlanta | State: GA | ZIP Code: 30308-2216 | Work Phone Number: (404) 885-3000 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case, and the admission fee must be paid in each case.

PAID (Fee Stamp)
RECEIPT # 10913680
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 2/5/2008                   [signature] Blanche M. Manning
                                  United States District Judge