24/7 Search and Technical Assistance 1.800.543.6862

Main Menu | My Account | Print | Contact Us | Log Out

People | Businesses | Assets | Licenses | Phones | Courts

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| TOOMEY | MAUREEN | | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | IL | | cook | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

Reference Code:

☐ Search for other possible name spellings    ☐ Include Bankruptcies (Click For Prices)

Output Type: ● Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**          **Records: 1 to 50 of 52**          **Result Page: 1 2** NEXT

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: IL

Edit Search | New Search

Click Icons Below To Run a Report                                              Click Below for Next Steps

| All | Full Name | SSN | Address | Phone Information | |
|---|---|---|---|---|---|
| icons | MAUREEN TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 1619 ARLINGTON HEIGHTS IL 60004-7019 Jul 02 - Feb 03 | (847) 398-5664 | Next Ste |
| icons | MAUREEN TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR BLDG 1619N ARLINGTON HEIGHTS IL 60004-7019 Jul 02 - Jan 03 | (847) 398-5664 | Next Ste |
| icons | MAUREEN TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 310 ARLINGTON HEIGHTS IL 60004-4153 Jun 00 - Feb 03 | (847) 398-5664 | Next Ste |
| icons | MAUREEN TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 310N ARLINGTON HEIGHTS IL 60004-4153 Oct 02 - Feb 03 | (847) 398-5664 | Next Ste |
| icons | MAUREEN TOOMEY | | 670 N DEARBORN ST APT 2R CHICAGO IL 60610-3869 Feb 05 | | Next Ste |
| icons | MAUREEN TOOMEY | | 954 W GRACE ST APT D 102 CHICAGO IL 60613-3959 Nov 99 | | Next Ste |
| icons | MAUREEN TOOMEY | | 954 W GRACE ST APT D102 CHICAGO IL 60613-3964 Nov 99 - Sep 04 | | Next Ste |
| icons | MAUREEN TOOMEY | | 954 W GRACE ST APT P14 CHICAGO IL 60613-3959 2004 | | Next Ste |
| icons | MAUREEN TOOMEY | | 954 W GRACE ST APT D102 CHICAGO IL 60613-3964 2000 | (773) 549-1946 | Next Ste |

https://secure.accurint.com/app/bps/main



EXHIBIT A

| | | Name | SSN | Address | Phone | |
|---|---|---|---|---|---|---|
| | | MAUREEN TOOMEY | | 954 W GRACE ST APT P14<br>CHICAGO IL 60613-3959<br>2000 | (773) 549-1946 | Next St |
| | | MAUREEN TOOMEY | | 6138 N FOREST GLEN AVE<br>CHICAGO IL 60646-5016<br>Nov 99 | | Next St |
| | | MAUREEN TOOMEY | | 2544 PRAIRIE AVE APT 31<br>EVANSTON IL 60201-5802<br>Jun 05 - Sep 06 | | Next St |
| | | MAUREEN TOOMEY | | 4654 BURNHAM DR<br>HOFFMAN ESTATES IL 60192-3805<br>May 04 - 2005 | (952) 454-2176 | Next St |
| | | MAUREEN TOOMEY | | ✓ 4921 153RD ST<br>OAK FOREST IL 60452-2313<br>Dec 05 - Nov 07 | (708) 687-4953<br>TOOMEY MAUREEN | Next St |
| | | MAUREEN TOOMEY | | 1102 W WHYTECLIFF RD<br>PALATINE IL 60067-5848<br>Jun 00 | | Next St |
| | | MAUREEN A TOOMEY | 319-54-xxxx | 6414 S FRANCISCO AVE<br>CHICAGO IL 60629-2840<br>Apr 91 | | Next St |
| | | MAUREEN A TOOMEY | 319-54-xxxx | 9318 S CENTRAL PARK AVE<br>EVERGREEN PARK IL 60805-1809<br>Jul 91 | | Next St |
| | | MAUREEN A TOOMEY | 319-54-xxxx | ✓ 4921 153RD ST<br>OAK FOREST IL 60452-2313<br>Aug 96 - Jan 08 | (708) 687-4953<br>TOOMEY MAUREEN | Next St |
| | | MAUREEN C TOOMEY<br>DOB: 03/12/1948 (59) | 337-40-xxxx | 1923 LINCOLN ST<br>EVANSTON IL 60201-2205<br>Oct 85 - Oct 00 | | Next St |
| | | MAUREEN C TOOMEY<br>DOB: 03/12/1948 (59) | 337-40-xxxx | 2544 PRAIRIE AVE APT 31<br>EVANSTON IL 60201-5802<br>Sep 00 - Sep 06 | | Next St |
| | | MAUREEN C TOOMEY | 337-40-xxxx | 241 CALLAN AVE<br>EVANSTON IL 60202-3511 | 864-4923 | Next St |
| | | MAUREEN C TOOMEY<br>DOB: 03/12/1948 (59) | 337-40-xxxx | 1714 DEMPSTER ST<br>EVANSTON IL 60202-5809 | 864-4923 | Next St |
| | | MAUREEN E TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 3<br>ARLINGTON HEIGHTS IL 60004-7019 | | Next St |
| | | MAUREEN E TOOMEY | | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153 | | Next St |
| | | MAUREEN E TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153<br>Nov 01 | | Next St |
| | | MAUREEN E TOOMEY | 344-86-xxxx | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153<br>May 02 - Aug 04 | | Next St |
| | | MAUREEN E TOOMEY<br>DOB: 12/22/1968 (39) | 344-56-xxxx | 1619 N WINDSOR DR APT 3<br>ARLINGTON HEIGHTS IL 60004-7019<br>Jun 00 - May 04 | (847) 398-5664 | Next St |
| | | MAUREEN E TOOMEY<br>DOB: 12/22/1968 (39) | 344-56-xxxx | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153<br>Jun 00 - Feb 04 | (847) 398-5664 | Next St |
| | | MAUREEN E TOOMEY | 344-86-xxxx | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153<br>Jun 00 - May 04 | (847) 398-5664 | Next St |
| | | MAUREEN E TOOMEY | 344-56-xxxx | 1619 N WINDSOR DR APT 310<br>ARLINGTON HEIGHTS IL 60004-4153<br>Nov 01 - Jun 04 | (847) 398-5664 | Next St |
| | | MAUREEN E TOOMEY<br>DOB: 08/29/1972 (35) | 328-76-xxxx | 954 W GRACE ST APT D102<br>CHICAGO IL 60613-3964<br>Nov 99 - Jul 04 | (773) 549-1946 | Next St |
| | | MAUREEN E TOOMEY<br>DOB: 08/29/1972 (35) | 328-76-xxxx | 3820 N SHEFFIELD AVE<br>CHICAGO IL 60613-2918 | | Next St |

| | Name | SSN | Address | Phone | |
|---|---|---|---|---|---|
| | MAUREEN E TOOMEY DOB: 08/29/1972 (35) | 328-76-xxxx | 6138 N FOREST GLEN AVE CHICAGO IL 60646-5016 Oct 94 - Nov 99 | (773) 549-1946 | Next St |
| | MAUREEN E TOOMEY DOB: 08/29/1972 (35) | 328-76-xxxx | 6254 N KILPATRICK AVE CHICAGO IL 60646-5071 Apr 91 | 777-3318 | Next St |
| | MAUREEN E TOOMEY | 328-76-xxxx | 6145 N KIRKWOOD AVE CHICAGO IL 60646-5023 May 06 - Jan 08 | | Next St |
| | MAUREEN E TOOMEY DOB: 08/29/1972 (35) | 328-76-xxxx | 2 FL CHICAGO IL 60657 Aug 98 - Jan 99 | | Next St |
| | MAUREEN E TOOMEY DOB: 08/29/1972 (35) | 328-76-xxxx | 1433 W HENDERSON ST # 2 CHICAGO IL 60657-2103 Mar 97 - Jan 99 | | Next St |
| | MAUREEN E TOOMEY DOB: 08/29/1972 (35) | 328-76-xxxx | 1455 W HENDERSON ST # 2 CHICAGO IL 60657-2103 Feb 98 | (773) 549-1946 | Next St |
| | MAUREEN E TOOMEY | 344-56-xxxx | 4654 BURNHAM DR HOFFMAN ESTATES IL 60192-3805 May 04 - Apr 07 | (952) 454-2176 | Next St |
| | MAUREEN E TOOMEY | 344-56-xxxx | 4270 PORTAGE LN HOFFMAN ESTATES IL 60192-1325 Oct 99 | | Next St |
| | MAUREEN E TOOMEY DOB: 12/22/1968 (39) | 344-56-xxxx | 4718 AMBER CIR HOFFMAN ESTATES IL 60195-3800 Dec 98 - Jan 99 | (847) 398-5664 | Next St |
| | MAUREEN E TOOMEY | | 4654 BURNHAM DR HOFFMAN ESTATES IL 60195-3805 | | Next St |
| | MAUREEN E TOOMEY | 344-86-xxxx | 4654 BURNHAM DR HOFFMAN ESTATES IL 60195-3805 Jun 04 - Mar 06 | | Next St |
| | MAUREEN E TOOMEY | 344-56-xxxx | 4654 BURNHAM DR HOFFMAN ESTATES IL 60195-3805 May 04 - Jul 06 | (847) 924-7765 | Next St |
| | MAUREEN E TOOMEY DOB: 12/22/1968 (39) | 344-56-xxxx | 4270 PORTAGE LN # 4270 HOFFMAN ESTATES IL 60195-1325 Nov 98 - Oct 99 | (847) 398-5664 | Next St |
| | MAUREEN E TOOMEY DOB: 12/22/1968 (39) | 344-56-xxxx | 1102 W WHYTECLIFF RD PALATINE IL 60067-5848 Jan 90 - Aug 06 | | Next St |
| | MAUREEN ELLEN TOOMEY DOB: 08/29/1972 (35) | | 6138 N FOREST GLEN AVE CHICAGO IL 60646-5016 | | Next St |
| | MAUREEN M TOOMEY | 307-58-xxxx | 670 N DEARBORN ST APT 2R CHICAGO IL 60610-3869 Jun 04 - Jan 08 | | Next St |
| | MAUREEN M TOOMEY DOB: 01/12/1950 (58) | 307-58-xxxx | 28 E HURON ST APT 3W CHICAGO IL 60611-2706 Jul 96 - Jan 99 | | Next St |
| | MAUREEN M TOOMEY DOB: 01/12/1950 (58) | 307-58-xxxx | 1919 N HALSTED ST CHICAGO IL 60614-5008 Sep 90 - Oct 99 | | Next St |

Export to Excel     Records: 1 to 50 of 52     Result Page: 1 2 NEXT

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: IL     Edit Search | New Searc

Person Search

Page 1 of 1

24/7 Search and Technical Assistance 1.800.543.6862
Main Menu | My Account | Print | Contact Us | Log Out

| Last Name | First Name | Middle Name | SSN | | Reference Code: |
|---|---|---|---|---|---|
| TOOMEY | MAUREEN | | | | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | IL | | cook | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

☐ Search for other possible name spellings   ☐ Include Bankruptcies (Click For Prices)

Output Type:   ◉ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**              **Records: 51 to 52 of 52**              **Result Page:** ◀ PREVIOUS  1 2

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: IL                              Edit Search | New Searc



| All | Full Name | SSN | Address | Phone Information | |
|---|---|---|---|---|---|
|  | MAUREEN M TOOMEY<br>DOB: 01/12/1950 (58) | 307-58-xxxx | PO BOX 617663<br>CHICAGO IL 60661-7663<br>Sep 99 - Aug 04 | | Next Steps |
|  | MAUREENE TOOMEY | | 1102 W WHYTECLIFF RD<br>PALATINE IL 60067-5848<br>Mar 07 | | Next Steps |

          **Records: 51 to 52 of 52**              **Result Page:** ◀ PREVIOUS 1 2

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: IL                              Edit Search | New Searc

https://secure.accurint.com/app/bps/main                                              2/25/2008