24/7 Search and Technical Assistance 1.800.543.6862
Main Menu | My Account | Print | Contact Us | Log Out

People | Businesses | Assets | Licenses | Phones | Courts

| Last Name | First Name | Middle Name | SSN | | Reference Code: |
|---|---|---|---|---|---|
| TOOMEY | MAUREEN | | | | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | MI | | | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

☐ Search for other possible name spellings    ☐ Include Bankruptcies (Click For Prices)

Output Type:  ● Formatted HTML    ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**                                                                 **Records: 1 to 4 of 4**

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: MI                              Edit Search | New Search

Click Icons Below To Run a Report                                                    Click Below for Next Steps

| All | Full Name | SSN | Address | Phone Information | |
|---|---|---|---|---|---|
| | MAUREEN TOOMEY<br>DOB: 02/26/1946 (61) | 386-46-xxxx | 4636 HEDGEWOOD<br>BIRMINGHAM MI 48010<br>Jul 85 - Dec 90 | | Next |
| | MAUREEN TOOMEY | | 12294 TOWER HILL RD<br>SAWYER MI 49125-9121<br>Nov 04 - Dec 07 | (269) 426-2294<br>TOOMEY DANIEL & MAUREEN | Next |
| | MAUREEN TOOMEY<br>DOB: 02/26/1946 (61) | 386-46-xxxx | 6222 SILVERSTONE DR<br>TROY MI 48085-1073<br>Mar 91 - Dec 91 | | Next |
| | MAUREEN CORRIGAN TOOMEY<br>DOB: 03/12/1948 (59) | 337-40-xxxx | 12294 TOWER HILL RD<br>SAWYER MI 49125-9121<br>Jun 00 - Jan 08 | (269) 426-2294<br>TOOMEY DANIEL & MAUREEN | Next |

Export to Excel                                                                      **Records: 1 to 4 of 4**

SEARCH: Last Name: TOOMEY First Name: MAUREEN State: MI                              Edit Search | New Search

https://secure.accurint.com/app/bps/main                                             EXHIBIT B    008