19 of 31 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - PSRCH2

**Name:** TOOMEY, MAUREEN C

**Social Security Number:** 337-40-XXXX

**Address:**
12294 TOWER HILL RD
SAWYER, MI 49125
Address Created: 5/2001

**Previous Addresses:**
2544 PRAIRIE AVE APT 31
EVANSTON, IL 60201
Address Created: 11/2000


1923 LINCOLN ST
EVANSTON, IL 60201
Address Created: 12/1999



2 of 13 DOCUMENTS

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

PERSON LOCATOR - P-FIND

**Name:** TOOMEY, DANIEL P (MALE)

**Additional Names:**
   TOOMEY, MAUREEN (FEMALE), 1948

**Consumer Name Last Updated:** 3/4/2004

**Address:**
   12294 TOWER HILL RD
   SAWYER, MI 49125-9121

**Birthdate:** 5/1945

**Telephone:** (269) 426-2294

**Date Vendor Record Last Updated:** 1/14/2008