070711.43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN TOOMEY,<br><br>        Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. INC. f/k/a<br>AVENTIS PHARMACEUTICALS INC.,<br>f/k/a HOECHST MARION ROUSSEL,<br>INC.; WALGREEN CO.; and BOND DRUG<br>COMPANY OF ILLINOIS d/b/a<br>WALGREEN CO., a corporation,<br><br>        Defendants. | No. 07 C 7173<br><br>Magistrate Judge Martin C. Ashman |

**MOTION TO WITHDRAW ADAM BASSING AS PRO HAC VICE COUNSEL**

NOW COMES the Defendants, sanofi-aventis U.S. Inc. (improperly named in this action, and erroneously referred to in the style of the Complaint as "sanofi-aventis U.S. Inc. F/K/A Aventis Pharmaceuticals Inc., F/K/A Hoechst Marion Roussel, Inc.") and Aventis Pharmaceuticals Inc. (not properly named as a party herein), by and through its attorneys in this regard, Bryan J. Kirsch, Donald J. Brown, Jr. and DONOHUE BROWN MATHEWSON & SMYTH LLC, and for its motion to withdraw Adam Bassing as one of its attorneys in this matter, states as follows:

1. That Adam Bassing was an associate at the law firm of Troutman Sanders LLP in Atlanta, Georgia, and had been admitted *pro hac vice* by this Court, along with several other attorneys from Troutman Sanders LLP on February 5, 2008.

2. That Mr. Bassing has recently left the employment of Troutman Sanders LLP and seeks withdrawal as *pro hac vice* counsel pursuant to Local Rule 83.17. This defendant will continue

to be represented by the law firms of Troutman Sanders LLP and Donohue, Brown, Mathewson & Smyth LLC.

WHEREFORE, the Defendants, sanofi-aventis U.S. Inc. (improperly named in this action, and erroneously referred to in the style of the Complaint as "sanofi-aventis U.S. Inc. F/K/A Aventis Pharmaceuticals Inc., F/K/A Hoechst Marion Roussel, Inc.") and Aventis Pharmaceuticals Inc. (not properly named as a party herein), respectfully request that this Honorable Court enter an Order granting withdrawal of Adam Bassing as its counsel in this matter.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:  \_\_/s/\_\_Bryan J. Kirsch_____
    One of the Attorneys for Defendants sanofi-aventis U.S. Inc.
    and Aventis Pharmaceuticals Inc

DONOHUE BROWN MATHEWSON & SMYTH LLC
Bryan J. Kirsch / ARDC #6277793
Donald J. Brown, Jr./ ARDC #0312630
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:   (312) 422-0900
Facsimile:    (312) 422-0909

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAUREEN TOOMEY,

        Plaintiff,

v.

SANOFI-AVENTIS U.S. INC. f/k/a AVENTIS PHARMACEUTICALS INC., f/k/a HOECHST MARION ROUSSEL, INC.; WALGREEN CO.; and BOND DRUG COMPANY OF ILLINOIS d/b/a WALGREEN CO., a corporation,

        Defendants.

No.  07 C 7173

Honorable
Blanche M. Manning

Magistrate Martin C. Ashman

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I caused to be electronically filed DEFENDANT SANOFI-AVENTIS U.S. INC.'S MOTION TO WITHDRAW ADAM BASSING AS PRO HAC VICE COUNSEL, with the Clerk of Court using the CM/ECF System that will send notification of such filing(s) to the following:

| | |
|---|---|
| John A. Childers | childersj@jbltd.com |
| Michael C. Holy | holym@jbltd.com |
| Joseph A. Power, Jr. | joepower@prslaw.com |
| Daniel Reinhardt | daniel.reinhardt@troutmansanders.com |
| Lynette Eaddy Smith | lynette.smith@troutmansanders.com |

And I hereby certify that on May 14, 2008, I caused to be mailed by United States Postal Service, a courtesy copy of the above document(s) to the following non-registered participants:

Adam C. Bassing / Nancy K. Deming
Troutman SandersLLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA  30308-2216

/s/  Bryan J. Kirsch
Bryan J. Kirsch – ARDC #6277793
Donohue Brown Mathewson & Smyth, LLC.
140 South Dearborn, Suite 800
Chicago, IL   60603
Phone:  312/422-0900 / Fax:  312/422-0909
Attorneys for defendant, sanofi-aventis U.S. Inc.