070711.44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAUREEN TOOMEY,

    Plaintiffs,

v.

SANOFI-AVENTIS U.S. INC. f/k/a AVENTIS
PHARMACEUTICALS INC., f/k/a HOECHST
MARION ROUSSEL, INC.; WALGREEN CO.; and
BOND DRUG COMPANY OF ILLINOIS d/b/a
WALGREEN CO., a corporation,

    Defendants.

No. 07 C 7173
Judge Blanche M. Manning

## NOTICE OF MOTION

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on **May 20, 2008, at 11:00 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Blanche M. Manning, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in Room 2125 in the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, and, present **Defendant sanofi-aventis U.S. Inc.'s Motion to Withdraw Adam Bassing as Pro Hac Vice Counsel**, a copy of which is attached hereto.

*Donohue Brown Mathewson & Smyth LLC*
DONOHUE BROWN MATHEWSON & SMYTH LLC

DONOHUE BROWN MATHEWSON & SMYTH LLC
Bryan J. Kirsch / ARDC #6277793
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

## PROOF OF SERVICE

    I, Abe Olivo, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that the above notice and any attached pleading(s) were ( ) personally delivered; or (**X**) electronically filed; or ( ) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth above at or before 5:00 p.m. on May 14, 2008.

_____

Toomey v. Sanofi-Aventis U.S., Inc., et al
Court No. 07 C 7173  (United States District Court)
(Removed from Cook County Circuit Court, 07 L 8730)
Our File:  070711

**SERVICE LIST**

Joseph A. Power, Jr.
Power, Rogers & Smith PC
70 West Madison Street
55th Floor
Chicago, Illinois, 60602-4212
Telephone:     (312) 236-0920
Facsimile:     (312) 236-9381
Email:         joepower@prslaw.com


John A. Childers
Michael C. Holy
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois, 60603-5404
Telephone:     (312) 984-6682
Facsimile:     (312) 372-0522
Email:         childersj@jbltd.com
               holym@jbltd.com