Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M.  Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7173 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Toomey vs.  Sanofi-Aventis U.S. Inc, et al. | | |

**DOCKET ENTRY TEXT**

  Defendant Sanofi-Aventis U.S. Inc.'s motion to withdraw Adam Bassing as pro hac vice counsel [21] is granted.

Docketing to mail notices.

| Courtroom Deputy Initials: | rs |
|---|---|