070711.47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN TOOMEY,<br><br>            Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. INC. f/k/a AVENTIS PHARMACEUTICALS INC., f/k/a HOECHST MARION ROUSSEL, INC.; WALGREEN CO.; and BOND DRUG COMPANY OF ILLINOIS d/b/a WALGREEN CO., a corporation,<br><br>            Defendants. | No. 07 C 7173<br>Honorable Blanche M. Manning<br><br>**FILED**<br>JUL 0 2 2008 TC<br>JUL 02 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**NOTICE OF FILING**

TO:    See Attached Service List

       PLEASE TAKE NOTICE that on July 2, 2008, we filed with the Clerk of the United States District Court, Eastern Division, **Application For Leave To Appear Pro Hac Vice for Edward H. Starr, Jr.**, copies of which are attached hereto.

                                                           *Donohue Brown Mathewson & Smyth LLC*
                                                      DONOHUE BROWN MATHEWSON & SMYTH LLC

Donald J. Brown, Jr. / ARDC #0312630
Bryan J. Kirsch/ ARDC #6277793
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone:    (312) 422-0900
Facsimile:     (312) 422-0909

**PROOF OF SERVICE**

       I, Abe Olivo, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that the above notice and any attached pleading(s) were ( ) personally delivered or (X) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth above at or before 5:00 p.m. on July 2, 2008.

                                                               *Abe Olivo*

Toomey v. Sanofi-Aventis U.S., Inc., et al
Court No. 07 C 7173  (United States District Court)
(Removed from Cook County Circuit Court, 07 L 8730)
Our File:  070711

## SERVICE LIST

### Attorneys for Plaintiff:
Joseph A. Power, Jr.
Power, Rogers & Smith PC
70 West Madison Street
55th Floor
Chicago, Illinois, 60602-4212
Telephone:   (312) 236-0920
Facsimile:   (312) 236-9381
Email:         joepower@prslaw.com


### Attorneys for Defendant Walgreen Company:
John A. Childers
Michael C. Holy
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois, 60603-5404
Telephone:   (312) 984-6682
Facsimile:   (312) 372-0522
Email:         childersj@jbltd.com
                holym@jbltd.com


### *Pro Hac Vice* for Defendant Sanofi-Aventis U.S. Inc.:
Daniel S. Reinhardt
Lynette Eaddy Smith
Nancy K. Deming
Troutman Sanders LLP
600 Peachtree Street NE
Suite 5200
Atlanta, GA  30308-2216