IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN TOOMEY, )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>SANOFI-AVENTIS U.S. INC. )<br>F/K/A AVENTIS PHARMACEUTICALS, INC., )<br>F/K/A HOECHST MARION ROUSSEL, INC.; )<br>WALGREEN CO.; and BOND DRUG )<br>COMPANY OF ILLINOIS D/B/A WALGREEN )<br>CO., a corporation )<br>)<br>　　　Defendants. ) | No. 07 CV 7173 |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on Thursday, September 11, 2008 at 11:00 **a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, Room 2125, United States District Court for the Northern District of Illinois, 219 South Dearborn Ave., Chicago, Illinois 60604, and shall then and there present **Motion of Defendant Bond Drug Company of Illinois, LLC d/b/a Walgreens (incorrectly sued as Walgreen Co. and Bond Drug Company of Illinois d/b/a Walgreen Co.) for Leave to File its Answer and Affirmative Defenses to Plaintiff's Complaint, Instanter.**

　　　　　　　　　　　　　　　　　Johnson & Bell, Ltd.

　　　　　　　　　　　　　　　　　By:  John A. Childers

John A. Childers, Esq.
Michael C. Holy, Esq.
JOHNSON & BELL, LTD.
33 West Monroe St., Suite 2700
Chicago, Illinois  60603
(312) 372-0770

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2008, I electronically filed a Notice of Motion for Leave to File Bond Drug Company of Illinois, LLC d/b/a Walgreens Answer and Affirmative Defenses to Plaintiff's Complaint, Instanter with the Clerk of the Court using the CM/ECF system which will send notification to such filing(s) to the following:

Joseph A. Power, Jr.
Email: joepower@prslaw.com

Donald Brown, Jr.
Email: donald.brown@dbmslaw.com

Bryan Jonathan Kirsch
Emamil: bryan.kirsch@dbmslaw.com

Daniel S. Reinhardt
Email: Daniel.reinhardt@troutmansanders.com

Lynette Eaddy Smith
Email: lynette.simth@troutmansanders.com

Edward H. Starr
Email: Edward.starr@troutmansanders.com